IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

BABU THANU CHELLEN, PETER JERON, )
CHAKKUNGAL PAULOSE JOSEPH, )
PANDIYALACKAL GREGORY REYNOLD, )
CHANDRAVILASAM RAMACHADRAN NAIR )
BHARATA KUMARAN NAIR, )
KUNJUPILLA KRISHNANKUTTY, )
POULOUSE MALERIL VARKEY, )
KURIAKOT PARAN RAJE, )
KATTU KANDATHIL VELAYUDHAN )
SURRENDRAN and ) Case No.
ALLALANGIL KARUNAKARAN SHAJI, )
JOHN DOE, RICHARD ROE )
)
Plaintiffs, )   02CV85   EA(M)
)
vs. )
)
JOHN PICKLE CO, INC. a domestic corporation, )
)
Defendant. )

FILED FEB 0 1 2002
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## COMPLAINT

Come now the Plaintiffs, and each of them, and allege and state:

1.      Each of the named Plaintiffs is a citizen of India, lawfully in the United States, in full compliance with all Immigration laws of the United States, and are "employees" as defined by the Fair Labor Standards Act. The Plaintiffs "John Doe" and "Richard Roe" are additional citizens of India, who have worked for the Defendant in the past, and/or currently work for the Defendant, whose names are currently unknown to the Plaintiffs, but whose identity is discoverable.

2.      The Defendant does business in the Northern District, and is an "employer" as defined by the Fair Labor Standards Act.

3. That within the limitations period next preceding the filing of this action, the Plaintiffs have performed work for the Defendant at a wage below the current Minimum Wage as outlined in the Act.

4. That the Plaintiffs, and each of them, have performed work in excess of 40 hours per week, and have not been paid time-and-one-half for said hours.

5. That the refusal and failure to pay such Minimum Wage, and proper overtime pay is wilful on the part of the Defendant, thus the Plaintiffs, and each of them, are entitled to liquidated damages as described in the Act, plus all costs of this action, including a reasonable attorney's fee.

## COUNT TWO - FALSE IMPRISONMENT

Plaintiffs incorporate by reference each and every allegation above and would further plead that each and every named and unnamed Plaintiff was restrained unlawfully against his will from the time they entered the employment and facility of John Pickle, Inc. to present by being forced to sleep and eat in the factory where they worked, restrained from leaving the factory for recreation, entertainment or worship, and, as to Plaintiffs KUNJUPILLA KRISHNANKUTTY, POULOUSE MALERIL VARKEY, KATTU KANDATHIL VELAUDHAN SURRENDRAN and KURIA KOT PARAN RAJE, by being forcibly escorted from the factory where they worked to the Tulsa International Airport and by being forcibly escorted onto an airplane to Atlanta. Plaintiffs would further allege and prove that their passports and immigration documents were withheld from them as a means of control and to prevent escape.

## COUNT THREE - DECEIT

Plaintiffs would incorporate each and every allegation above referenced and would further allege and prove that the Defendant directly and by and through Agents in India made material misrepresentations that were false, that were known by the Defendant and its agents to be false, with the intention that Plaintiffs should act upon and rely upon such misrepresentations and that by so relying each and every Plaintiff was damaged.

WHEREFOR Plaintiffs pray for damages on each of their causes of action in an amount in excess of $10,000, for punitive damages and liquidated damages, where applicable in a like amount, costs and fees, and all other relief appropriate at law, or in equity.

Respectfully submitted,

_____
B. KENT FELTY,   OBA #15702
LAW OFFICE OF B. KENT FELTY
ATTORNEY FOR PLAINTIFFS
403 S. CHEYENNE, SUITE 500-11
TULSA, OKLAHOMA 74103
(918) 587-9958
(918) 587-9951 - fax

_____
JEFF NIX / OBA# 6688
406 SO. BOULDER
STE. 400
TULSA, 74103

3